**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTONIO ALAMEDA JUAREZ,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-cv-7008** |
| **MARKWAYNE MULLIN, in his Official Capacity, Secretary of the U.S. Department of Homeland Security, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **23rd** day of **September 2026**, upon review of Petitioner Antonio Alameda Juarez's Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 6), and the docket, it is hereby **ORDERED** as follows:

1. Respondents represented in their Response that "[t]he process to provide Petitioner a bond hearing is underway[.]" *See* ECF No. 6 at 6. Respondents shall file a supplemental response identifying the time and place of Petitioner's bond hearing before an immigration judge, on or before **September 29, 2026 at 5:00 p.m.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**