**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTONIO ALAMEDA JUAREZ,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-cv-7008** |
| **MARKWAYNE MULLIN, in his Official Capacity, Secretary of the U.S. Department of Homeland Security, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **29th** day of **September 2026**, upon review of Petitioner Antonio Alameda Juarez's Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Response in Opposition to Petition for Writ of Habeas Corpus (the "Response") (ECF No. 6), Petitioner's Reply to Response (ECF No. 9), Respondents' September 29, 2026 Letter (ECF No. 10), and the docket, it is hereby **ORDERED** as follows:

1. Respondents represented in their Response that "[a]lthough the petition alleges that ICE made a warrantless arrest, the Warrant for Arrest, Form I-200 reflects that ICE provided Petitioner with the form the same day." ECF No. 6 at 3. In addition, Respondents attached a signed and dated Warrant. *See* ECF No. 6-2 at 2. Respondents' counsel is **DIRECTED** to personally review the body camera footage of Petitioner's arrest and **VERIFY** on the record for the Court that the Warrant (ECF No. 6-2) was served at the time of Petitioner's arrest because their Response does not clearly state that. Respondents' counsel shall file this verification on or before **October 1, 2026 at 5:00 p.m.** The Court will delay any authorization to transfer Petitioner for a bond hearing pending the receipt of this additional information.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**