**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTONIO ALAMEDA JUAREZ,** *Petitioner,* | : | **CIVIL ACTION** |
| v. | : | **No. 26-cv-7008** |
| **MARKWAYNE MULLIN, in his Official Capacity, Secretary of the U.S. Department of Homeland Security, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **1st** day of **October 2026**, upon consideration of Petitioner Antonio Alameda Juarez's Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), Respondents' Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 6), Petitioner's Reply to Response (ECF No. 9), Respondents' September 29, 2026 Letter (ECF No. 10), and Respondents' Second Supplemental Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 12), the Court concludes that Petitioner's detention is unlawful by virtue of his warrantless arrest in violation of the Immigration and Nationality Act and in violation of his constitutional right to due process.[1] Therefore, it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED**, and Respondents shall immediately release Mr. Antonio Alameda Juarez from detention and shall return all personal belongings confiscated upon his arrest or during his detention, including any identification documents, and certify compliance with this Order on or before **October 5, 2026 at 12:00 p.m. (noon)**.

[1] A memorandum opinion setting forth the Court's analysis in more detail will follow.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**