**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTONIO ALAMEDA JUAREZ,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-cv-7008** |
| **MARKWAYNE MULLIN, in his Official Capacity, Secretary of the U.S. Department of Homeland Security, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **5th** day of **October 2026**, upon review of the docket, it is hereby **ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**